# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY GOMILLA,<br><br>    Plaintiff,<br><br>v.<br><br>BRACCO DIAGNOSTICS INC., et al.,<br><br>    Defendants. | Civil Action No. 2:18-cv-10212-SM-JCW |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judy Gomilla stipulates to the dismissal of this action against Defendants Bracco Research USA, Inc., BIPSO GmbH, Bracco Imaging, S.p.A., Bracco Group, Bracco Imaging Group, Takeda GmbH, and ACIST Medical Systems, Inc., in this case, without prejudice, costs taxed against the party incurring same.

Respectfully Submitted,

/s/ John C. Enochs

Betsy Barnes (La. Bar No. 19473)
Richard Root (La. Bar No. 19988)
John Enochs (La. Bar No. 22774)
Laren E. Godshall (La. Bar No. 31465)
MORRIS BART, LLC
601 Poydras St., Suite 2400
New Orleans, Louisiana 70130
Phone: (504) 599-3373
Fax:    (504) 599-3392
Bbarnes@morrisbart.com
Rroot@morrisbart.com
Jenochs@morrisbart.com
Lgodshall@morrisbart.com
***Counsel for Plaintiff***

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of April, 2019, the foregoing was electronically filed with the Clerk of the Court using this Court's CM/ECF system, which will provide notice to all parties of record.

      /s/ John C. Enochs
      _____