## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**JUDY GOMILLA**                                    **CIVIL ACTION**

**VERSUS**                                          **NO. 18-10212**

**BRACCO DIAGNOSTICS, INC., ET AL.**                **SECTION "E" (2)**

### ORDER OF DISMISSAL

**IT IS ORDERED** that plaintiff's claims against defendant Merry X-Ray Chemical Corporation are dismissed without prejudice for failure to comply with this court's order entered April 9, 2019 (R. Doc. 54).

**New Orleans, Louisiana, this 30th day of April, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**