# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDY GOMILLA,**<br>    Plaintiff | **CIVIL DOCKET** |
| **VERSUS** | **NO. 18-10212** |
| **BRACCO DIAGNOSTICS, INC., ET AL.,**<br>    Defendants | **SECTION: "E" (2)** |

## ORDER

Before the Court is a motion to dismiss Plaintiff's amended complaint for failure to state a claim upon which relief can be granted filed by Defendants McKesson Corporation and McKesson Medical-Surgical, Inc. (collectively, "McKesson").[1] Plaintiff does not oppose the motion.[2] Accordingly;

**IT IS ORDERED** that Plaintiff's claims against the McKesson defendants are dismissed with prejudice.

**New Orleans, Louisiana, this 15th day of August, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 79.
[2] R. Doc. 83 ("Plaintiff, Judy Gomilla, advises the Court and Mover/Defendant that she has no opposition to Defendants' Motion to Dismiss for Failure to State a Claim").