UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDY GOMILLA,**<br>     **Plaintiff** | **CIVIL DOCKET** |
| **VERSUS** | **NO. 18-10212** |
| **BRACCO DIAGNOSTICS, INC., ET AL.,**<br>     **Defendants** | **SECTION: "E" (2)** |

### ORDER

Before the Court is a motion for a more definite statement as to Plaintiff Judy Gomilla's first amended complaint filed by Defendant Bracco Diagnostics, Inc. ("BDI").[1] Plaintiff filed a response wherein she states she "has no opposition to Defendants' Motion For a More Definite Statement from Plaintiff as to her First Amended Complaint, should this Court so order."[2] Also before the Court is a motion to dismiss Plaintiff's first amended complaint for failure to state a claim filed by Defendants GE Healthcare, Inc. and General Electric Company (collectively "GEHC").[3]

**IT IS ORDERED** that BDI's motion for a more definite statement [4] is **GRANTED**. **IT IS FURTHER ORDERED** that Plaintiff is **GRANTED** leave to file a second restated and amended complaint by no later than **Wednesday, August 28, 2019 at 5:00 p.m.** In her second and restated amended complaint, Plaintiff must address the issues raised by BDI's motion for a more definite statement[5] as well as the issues raised by GEHC's motion to dismiss.[6] If Plaintiff files a second restated and

---

[1] R. Doc. 76.
[2] R. Doc. 84.
[3] R. Doc. 81.
[4] R. Doc. 76.
[5] *Id.*
[6] R. Doc. 81.

1

amended complaint in accordance with the Court's direction on or before Wednesday, August 28, 2019 at 5:00 p.m., GEHC's motion to dismiss will be dismissed without prejudice.

**New Orleans, Louisiana, this 15th day of August, 2019.**

>     _____
>     **SUSIE MORGAN**
>     **UNITED STATES DISTRICT JUDGE**