IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY GOMILLA<br>            PLAINTIFF,<br><br>VERSUS<br><br>BRACCO DIAGOSTICS, INC.; BRACCO RESEARCH USA, INC. BIPSO GMBH; BRACCO IMAGING, S.P.A.; BRACCO GROUP; BRACCO IMAGING GROUP; TAKEDA GMBH; ACIST MEDICAL SYSTEMS, INC. D/B/A ACIST SILICON VALLEY; MCKESSON MEDICAL-SURGICAL, INC.; MCKESSEN CORPORATION; MERRY X-RAY CHEMICAL CORPORATION; GE HEALTHCARE, INC.; GENERAL ELECTRIC COMPANY; And DOES 1-10,<br><br>            DEFENDANTS. | CIVIL ACTION<br><br>NO. 2:18-cv-10212-SM-JCW<br><br>SECTION "E" (2)<br><br>JUDGE MORGAN<br><br>MAGISTRATE WILKINSON |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that Plaintiff hereby dismisses all claims and dismisses this action with prejudice, in exchange for Defendants waiving any claim for costs or fees. Therefore, this matter shall be dismissed with prejudice, with each party to bear her or its own costs and attorney fees in this action.

Respectfully submitted,

**ATTORNEYS FOR DEFENDANTS, GENERAL ELECTRIC CO. AND GE HEALTHCARE, INC.**

*/s/ Michael D. Fisse*
Michael D. Fisse, (LA Bar #19270)
**Daigle Fisse & Kessenich, PLC**
P.O. Box 5350
Covington, LA  70434-5350
Telephone: 985-871-0800
Facsimile:  985-871-0899
Email:     mfisse@daiglefisse.com

and

Michael L. O'Donnell (Admitted *pro hac vice*)
Jeremy A. Moseley (Admitted *pro hac vice*)
**Wheeler Trigg O'Donnell LLP**
370 Seventeenth Street, Suite 4500
Denver, CO  80202
Telephone:    303-244-1800
Facsimile:    303-244-1879
Email:        odonnell@wtotrial.com
              moseley@wtotrial.com

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Richard Root*
Betsy Barnes
Richard Root
John C. Enochs
**Morris Bart LLC**
601 Poydras Street, 24th Floor
New Orleans, LA  70130
Telephone: 504-599-3373
Facsimile:  504-599-3392
Email:     bbarnes@morrisbart.com
           rroot@morrisbart.com
           jenochs@morrisbart.com

**ATTORNEYS FOR BRACCO DIAGNOSTICS, INC.**

*/s/ Rachel G. Webre*
Rachel G. Webre
**Gieger, Laborde & Laperouse, LLC**
One Shell Square
701 Poydras St., Suite 4800
New Orleans, LA  70139-4800
Telephone: 504-561-0400
Email:       rwebre@glllaw.com

and

Paul S. Penticuff
Thomas N. Sterchi
**Baker, Sterchi, Cowden & Rice, LLC**
2400 Pershing Road, Suite 500
Kansas City, MO  64108
Telephone: 816-471-2121
Email:       penticuff@bscr-law.com
                 sterchi@bscr-law.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on 9th day of September, 2019, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

   */s/ Michael D. Fisse*